# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>    v.<br>MARCO ANTONIO RAMIREZ,<br><br>                 Defendant. | Case No. 3:18-cr-00057-MMD-WGC-13<br><br>ORDER |

Before the Court is Defendant Marco Antonio Ramirez's motion for early termination of supervised release. (ECF No. 961.) The government and the Probation Department do not oppose early termination. The Court agrees with Ramirez's counsel that termination is warranted because he has complied with all the conditions of his supervised release and has demonstrated sincere efforts in achieving sobriety with substantial family support. The Court thus finds that justice is served by granting Ramirez early termination of supervised release.

It is therefore ordered that Ramirez's motion for early termination of supervised release (ECF No. 961) is granted.

It is further ordered that Ramirez's motion to file financial affidavit under seal (ECF No. 959) is granted.

DATED THIS 18th Day of March 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE